1
2
3
4

Debra A. Miller, Esq.  (IN #27254-49)
   (admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

5

*Lead Counsel for Defendant Trans Union, LLC*

6
7
8
9

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

10
11

*Local Counsel for Defendant Trans Union, LLC*

12

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

**SAN JOSE DIVISION**

| | |
|---|---|
| CHERYL MCMINN, | ) CASE NO. 5:17-cv-04083-LHK |
|         Plaintiff, | ) |
| | ) |
|      vs. | ) **JOINT NOTICE OF** |
| | ) **SETTLEMENT BETWEEN** |
| TRANS UNION, LLC; ALLY FINANCIAL; | ) **PLAINTIFF AND TRANS UNION,** |
| WELLS FARGO BANK, N.A.; AMERICAN | ) **LLC ONLY** |
| EXPRESS; SYNCHRONY BANK; and DOES 1 | ) |
| through 100; | ) |
|         Defendants. | ) |

21      Plaintiff, Cheryl McMinn, by counsel, and Defendant, Trans Union, LLC ("Trans

22  Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a

23  settlement as to all matters raised by Plaintiff against Trans Union only in this action.

24  Accordingly, Trans Union does not intend to participate in the Initial Case Management

25  Conference previously scheduled for October 25, 2017, or the preparation of the Joint Case

26  Management Statement due October 18, 2017, unless directed to do so by the Court.  Plaintiff

27  and Trans Union shortly will file a Stipulation And [Proposed] Order Of Dismissal With

28  Prejudice.

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY – 5:17-CV-04083-
LHK**

Respectfully submitted,

Date:  October 12, 2017

*s/ Joseph B. Angelo (with consent)*
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Sagaria Law, P.C.
3017 Douglas Blvd., Suite 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  egale@sagarialaw.com
            jangelo@sagarialaw.com

*Counsel for Plaintiff Cheryl McMinn*

Date:  October 12, 2017

*s/ Debra A. Miller*
Debra A. Miller, Esq.  (IN #27254-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY – 5:17-CV-04083-LHK**