Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cheryl McMinn

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MCMINN,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>   Defendants. | Case No.: 5:17-cv-04083-LHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMERICAN EXPRESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:         Hon. Lucy H. Koh |

**PLEASE TAKE NOTICE** that Plaintiff Cheryl McMinn, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant American Express, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant American Express has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: October 13, 2017                    **Sagaria Law, P.C.**

                                By:    */s/ Elliot Gale*
                                       Elliot Gale
                                       Attorney for Plaintiff Cheryl McMinn