Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cheryl McMinn

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MCMINN,<br><br>             Plaintiff,<br><br>  v.<br><br>ALLY FINANCIAL, INC., ET AL.,<br><br>             Defendants. | Case No.: 5:17-cv-04083-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT ALLY FINANCIAL, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Cheryl McMinn and defendant Ally Financial, Inc. that Ally Financial, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

07462.0581/10940951.1 STIPULATION FOR DISMISSAL OF DEFENDANT ALLY FINANCIAL, INC.; [PROPOSED] ORDER -1-

DATED: October 17, 2017          **Sagaria Law, P.C.**

                                 By:   */s/ Elliot Gale*
                                       Elliot Gale
                                       Attorney for Plaintiff Cheryl McMinn


DATED: October 17, 2017          **Severson & Werson**

                                 By:   */s/ Laszlo Ladi*
                                       Laszlo Ladi
                                       Attorney for Defendant Ally Financial, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Laszlo Ladi has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Ally Financial Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____            _____
                                 Hon. Lucy H. Koh
                                 UNITED STATES DISTRICT JUDGE