Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cheryl McMinn

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MCMINN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLY FINANCIAL, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 5:17-cv-04083-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Cheryl McMinn and defendant Synchrony Bank that Synchrony Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK; [PROPOSED] ORDER -1-

DATED: October 17, 2017 **Sagaria Law, P.C.**

By: /s/ Elliot Gale
Elliot Gale
Attorney for Plaintiff Cheryl McMinn

DATED: October 17, 2017 **Reed Smith, LLP**

By: /s/ Raffi Kassabian
Raffi Kassabian
Attorney for Defendant Synchrony Bank

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Raffi Kassabian has concurred in this filing.

/s/ Elliot Gale

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE