Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cheryl McMinn

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MCMINN,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLY FINANCIAL, INC., et al.,<br><br>                    Defendants. | Case No.: 5:17-cv-04083-LHK<br><br>NOTICE OF SETTLEMENT WITH WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Cheryl McMinn and defendant Wells Fargo Bank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Wells Fargo Bank, N.A. from this action upon finalization.

                                                                            **Sagaria Law, P.C.**

Dated:   October 17, 2017              By:       /s/ *Elliot Gale*
                                                                  Elliot Gale
                                                                  Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. -1-

|  |  |
|---|---|
|  | **Severson & Werson, APC** |
| Dated: October 17, 2017 | By: /s/ *Laszlo Ladi, Jr.* |
|  | Laszlo Ladi, Jr. |
|  | Attorneys for Defendant |
|  | Wells Fargo Bank, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Laszlo Ladi, Jr. has concurred in this filing.

*/s/ Elliot Gale*