Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Cheryl McMinn

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MCMINN,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLY FINANCIAL, INC., ET AL.,<br><br>    Defendants. | Case No.: 5:17-cv-04083-LHK<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Cheryl McMinn and defendant Wells Fargo Bank, N.A. that Wells Fargo Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER -1-

DATED: November 22, 2017         **Sagaria Law, P.C.**

                               By:   */s/ Elliot Gale*
                                     Elliot Gale
                                     Attorney for Plaintiff Cheryl McMinn


DATED: November 22, 2017         **Severson and Werson**

                               By:   */s/ Laszlo Ladi, Jr.*
                                     Laszlo Ladi, Jr.
                                     Attorney for Defendant Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Laszlo Ladi, Jr. has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo Bank, N.A. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: _____                    _____
                                       Hon. Lucy H. Koh
                                       UNITED STATES DISTRICT JUDGE